

# Fourth Court of Appeals
## San Antonio, Texas

October 6, 2021

No. 04-21-00389-CV

**IN RE AUBURN CREEK LIMITED PARTERNSHIP**, The Lynd Company, Lynd Family
Limited Partnership, and Forty Four Eleven, LLC, Relator(s)

Original Proceeding[1]

### ORDER

On September 15, 2021, relators filed a petition for writ of mandamus and a motion for temporary relief requesting a stay of the underlying proceedings pending final resolution of the petition for writ of mandamus. After considering the petition and the record, this court concludes relators did not show they are entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). Relators' motion for temporary relief is DENIED as moot.

It is so **ORDERED** on October 6, 2021.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of October, 2021.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2017-CI-17349, styled *Hang Pau, et. al v. Auburn Creek Limited Partnership*, pending in the 73rd Judicial District Court, Bexar County, Texas. The orders at issue in this original proceeding were signed by the Honorable Aaron S. Hass, Presiding Judge of the 285th Judicial District Court, Bexar County, Texas and the Honorable Cynthia Marie Chapa, Presiding Judge of the 288th Judicial District Court, Bexar County, Texas.